# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00073-CV

**In re Janice Marie Vickers**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a request for a free record related to an application for writ of habeas corpus, a request we have filed as a petition for writ of mandamus.[1]  We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Filed:   February 21, 2014

---

[1]  The caption of relator's document states that it was filed "in the Court of Criminal Appeals," so it is possible the document was mistakenly filed in the wrong court.